Marrero, Demandante y Apelado, *v.* Porto Rico Railway, Light & Power Company, Demandada y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Distrito Segundo, en pleito sobre daños y perjuicios. Traslado del caso.

No 2617.—Resuelto en mayo 22, 1922, por los fundamentos de la opinión No. 349–350, *Toro y Lippitt, v. Corte de Distrito de San Juan, Distrito Segundo,* de mayo 22, 1922.

Abogado de la apelante: *Sr. J. H. Brown.*

Abogados del apelado: *Sres. Rivera Zayas y Cruzado Silva.*

> *Revocada la resolución apelada y ordenado el traslado.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Franco Soto.

Los Jueces Asociados Wolf y Hutchison firmaron conformes con la sentencia.